[No. 34595-1-II.  Division Two.  February 7, 2007.]

*In the Matter of the Estate of* RAYMOND M. LARSON.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-4-00229-2, Bryan E. Chushcoff, J., entered March 20, 2006. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34723-7-II.  Division Two.  February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MARTIN BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02148-1, Lisa R. Worswick, J., entered March 21, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34736-9-II.  Division Two.  February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MATILDE MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00872-1, H. John Hall, J., entered April 19, 2006. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 23716-8-III.  Division Three.  February 8, 2007.]

GEORGE FREEMAN, *Individually and on behalf of the Estate of Selma Freeman Clark, Appellant*, v. GWENDOLYN M. YOUNG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-01906-5, Michael P. Price, J., entered December 21, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.